B3B (Official Form 3B) (12/07)– Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Gale L Swanagain**                                    Case No.  **09-47177**
                        Debtor(s)                               Chapter   **7**

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee", the court orders that the application be:

☐ GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

☒ DENIED. *Debtor had the money to pay the fee but paid her lawyer instead. She made her choice and must live with it.*

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ **74.75** on or before **1/4/10**

$ **74.75** on or before **1/25/10**

$ **74.75** on or before **2/15/10**

$ **74.75** on or before **3/8/10**

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.

☐ SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on ___ at ___ .m. at ___. (address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE:  **12/18/09**                             _____
                                                United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

**DEC 2 1 2009**

**Judge A. Benjamin Goldgar**
United States Bankruptcy Court

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| GALE L. SWANAGAIN, | ) | 09 B 47177 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge A. Benjamin Goldgar |

## CERTIFICATE OF SERVICE

I, Nancy Castellano, Courtroom Deputy to the Honorable A. Benjamin Goldgar, hereby certify that on December 21, 2009 I caused to be sent by regular mail a copy of the attached Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee dated December 18, 2009 to the parties listed below.

**(Counsel for Debtor)**
Kenneth C. Swanson, Jr.
Swanson & Wagman, LLC
700 W. Grand
Suite C1
Chicago, Illinois 60654

**(Debtor)**
Gale L. Swanagain
1519 East Park Shore Court
Unit Q3-1M
Chicago, Illinois 60637

**(Chapter 7 Trustee)**
N. Neville Reid
Foz Heftner et al
200 W. Madison Street
Chicago, Illinois 60606

**(US Trustee)**
William T. Neary
Office of the US Trustee, Region 11
219 S. Dearborn Street
Room 873
Chicago, Illinois 60604

Dated: December 21, 2009

Nancy Castellano
Courtroom Deputy